**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| ART MARKETING GROUP, et. al., ) | No. CV 04-2764 PHX RCB |
| Plaintiffs, ) | O R D E R |
| vs. ) |  |
| POOR & CO., et. al., ) |  |
| Defendants. ) |  |

On December 6, 2004, Plaintiffs filed a complaint against Defendants alleging violations of the Sherman Act, the Robinson-Patman Act and the Clayton Act as well as asserting claims for unfair competition, interference with contract and business expectancy, conversion and breach of contract.  Compl. (doc. # 1). On March 21, 2005, the Court referred Counts 7 though 11 of Plaintiff's Complaint (doc. # 1) to arbitration pursuant to the terms of the parties' May 28, 2004 agreement, and stayed the action pending arbitration.  Order (doc. # 23).  On April 25, 2006, the Court denied Plaintiff's motions to reassume jurisdiction and stay the arbitration hearing (doc. ## 25, 26).  Order (doc. # 31).

1  The arbitration having now been concluded, <u>see</u> Notice (doc. # 32), the stay entered on March 21, 2005 will be lifted. In addition to Counts 1 through 6, which had been stayed but not submitted to arbitration, the Court will reassume jurisdiction over Counts 10 and 11 to the extent that the claims asserted therein were not resolved on their merits at arbitration. Specifically, the Court will reassume jurisdiction over (1) the portion of Count 10 dealing with Plaintiffs' "claims of conversion of . . . [Plaintiffs'] intellectual property in connection with [Defendant] LifeFormations' initial contacts with Mr. Yaker and Galerie Michelangelo," <u>see</u> Notice (doc. # 32), Ex. A at 3, and (2) the portion of Count 11 dealing with Plaintiffs' breach of oral contract claim for "lost profits due to LifeFormations' sale of three pieces to Galerie Michelangelo before May 28, 2004, <u>i.e.</u>, during the period of time covered by the parties' unwritten business arrangement," <u>see</u> <u>id.</u> at 7.

**IT IS THEREFORE ORDERED** that the stay entered on March 21, 2005 is lifted.

IT IS FURTHER ORDERED that counsel shall have fifteen days from the date of entry of this order to submit proposed scheduling orders.

DATED this 1st day of August, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-